UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:08-CR-00007-EAK-EAJ

SIERRA, ET AL.
_____/

### ORDER ON DEFENDANT'S MOTION

This CAUSE is before this Court on Defendant's, Jose Francisco Beltran Sierra, in forma pauperis motion for copies of transcripts to be used to prepare a 28 U.S.C. § 2255 motion to vacate, set aside, or correct an allegedly illegal sentence. The motion for transcripts will be **DENIED** because Defendant can file the motion to vacate without a complete record of his case. *See Donovan v. Maine*, 276 F.3d 87, 93 (1st Cir. 2002) (habeas corpus petition need not be pleaded with particularity, so citation to transcript unnecessary); *Lloyd v. Van Natta*, 296 F.3d 630 (7th Cir. 2001), *cert. denied* 123 S. Ct. (2003) (holding that the unavailability of a transcript does not preclude petitioner from commencing habeas corpus proceedings and does not warrant equitable tolling). Accordingly, it is:

**ORDERED** that Defendant's, Jose Francisco Beltran Sierra, Motion to Obtain Legal Documentation to Proceed in Forma Pauperis is **DENIED** for the reasons set forth above.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this ___6___ th day of June, 2011.



ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to: All parties and counsel of record.